UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| | : | VIOLATIONS: |
| | : | |
| v. | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering or Remaining in Restricted |
| | : | Building or Grounds) |
| YIANNY GEORGOPOULOS, | : | |
| | : | 22 D.C. Code § 3302(b) |
| Defendant. | : | (Unlawful Entry Public Property) |
| | : | |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about January 2, 2019, in the District of Columbia, the defendant, **YIANNY GEORGOPOULOS**, did knowingly enter and remain, and attempt to enter and remain, in a restricted building and grounds, that is, the White House Complex and Grounds, without lawful authority to do so.

(**Entering or Remaining in Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

### COUNT TWO

On or about January 2, 2019, in the District of Columbia, the defendant, **YIANNY GEORGOPOULOS**, without lawful authority, did enter and attempt to enter certain public

property, that is, The White House Complex and Grounds, against the will of United States Secret Service Officers, lawfully in charge thereof.

(**Unlawful Entry (Public Property)**, in violation of 22 D.C. Code, Section 3302(b))

 

By:

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

*/s/ Kenneth C. Kohl*

KENNETH C. KOHL
Dep. Chief, National Security Section
U.S. Attorney's Office
D.C. Bar No. 476-236
ken.kohl@usdoj.gov