# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA CRIMINAL DIVISION
## UNITED STATES VS GEORGOPOULOS, YIANNY
### CCN #: 19000716
### Arrest Number: 491900114

The event occurred on 01/02/2019 at approximately 01:14 at WHITE HOUSE, 1600 PENNSYLVANIA AVENUE NW, WASHINGTON, DC 20500

On January 2, 2019, at approximately 00:14 hours, while operating a US Secret Service fixed post at the vehicle entrance post of Pennsylvania Avenue and East Executive Avenue in full police uniform, AO (Brown, Brenton #2310) observed an individual approach a security barrier (a bike rack) that is marked "NO TRESSPASSING AUTHORIZED PERSONNEL ONLY" and "RESTRICTED AREA DO NOT ENTER." The barrier is used to help secure the North fence line of the White House along Pennsylvania Avenue. The White House complex is a restricted grounds or area within the meaning of 18 U.S.C. §1752(C)(1)(A).

S-1 (Later identified by his Canadian passport as Georgopoulos, Yianny) accessed the restricted area by physically moving the security barrier. AO immediately gave verbal commands for the individual to step outside of the restricted area. S-1 advised AO that he was here to see the "President" and wanted to deliver two bottles of Crown Royal alcohol to him. After multiple commands S-1 exited the restricted area. S-1, now referred to as D-1, was placed under arrest for "Unlawful Entry" and transported to MPDC 2nd District for processing. D-1 was read his rights by AO3 at MPDC 2nd District at 0216 hours.

During a post-arrest interview, D-1: (1) claimed that he had traveled to the United States from Canada to speak with the President of the United States because he wanted help from the President to find a wife; (2) admitted that he saw the signs on the bike rack, but he continued past it anyway; (3) admitted to having been arrested recently for "threatening family members;" (4) admitted to having stalked his cousin; and (4) claimed not to know when he will return to his home in Canada, stating that he "can't go home" but declining to provide further details. The event and acts described above occurred primarily in the District of Columbia and were committed as described by the defendant listed in the case caption.

Based on the above-mentioned facts, I submit that there is probable cause to believe that, on January 2, 2019, Yianny Georgopoulos did knowingly enter and remain in a restricted building and grounds, without lawful authority to do so, in violation of 18 U.S.C. § 1752(A)(1) and committed Unlawful Entry of a Public Property, in violation of 22 D.C. Code § 3302(b).

Subscribed and sworn before me this 01/02/2019

BROWN, BRENTON / U14392 / U14392 (01/02/2019) E-SIGNATURE        THOM, JUSTIN / U10858 (01/02/2019) E-SIGNATURE

Police Officer / Badge# / CAD#                                   Unit    Witness/Deputy Clerk

BROWN, BRENTON / 014392 / 014392                                 THOM, JOSTIN / 010858

Printed Name of Member / Badge# / CAD#                           Printed Name of Witness / Deputy Clerk

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code 22-2405