# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### UNITED STATES
### VS
### GEORGOPOULOS, YIANNY
CCN #: **19000716**
Arrest Number: **491900114**

The event occurred on **01/02/2019** at approximately **01:14** at **WHITE HOUSE, 1600 PENNSYLVANIA AVENUE NW, WASHINGTON, DC 20500**

---

**On January 2, 2019 at approximately 00:14 hours while operating a US Secret Service fixed post at the vehicle entrance post of Pennsylvania Avenue and East Executive Avenue in full police uniform, AO (Brown, Brenton #2310) observed an individual approach a security barrier that is marked "NO TRESSPASSING AUTHORIZED PERSONNEL ONLY" and "RESTRICTED AREA DO NOT ENTER" which is used to help secure the North fence line of Pennsylvania Avenue.**

**S-1 (Later identified by his Canadian passport as Georgopoulos, Yianny) accessed the restricted area by physically moving the security barrier.**

**AO immediately gave verbal commands for the individual to step outside of the restricted area. S-1 advised AO that he was here to see the "President" and wanted to deliver two bottles of Crown Royal alcohol to him. After multiple commands S-1 exited the restricted area.**

**At 00:18 hours AO2 (Groomes, David #S122) arrived on scene.**

**At 0021 a NCIC and a TOMIS check through the Joint Operations Center (JOC) returned with negative results.**

**At 0036 hours a Crime Scene officer was requested to respond to 1600 Pennsylvania Avenue to take pictures of the scene and the crown royal bottles, and for a Secret Service Police Cruiser to respond to the scene for transport.**

**At 0038 hours AO3 (MacPherson, William #1931) arrived on scene for transport.**

**At 0052 hours CST (Zolton, Justine #1738) arrived on scene for pictures.**

**S-1 was given a copy of PD-55 (Notification of Consular Officer), and advised his right to contact his country's nearest consular office or embassy without delay. US State Department watch officer (S. Miloscia) notified on 1/2/19 at 01:07 hours.**

**S-1 now referred to as D-1 was placed under arrest for "Unlawful Entry" and transported to MPDC 2nd District for processing.**

**D-1's property was placed on the books at MPDC 2nd District in Book 2647, and on Page 272.**

**D-1 was read his rights by AO3 at MPDC 2nd District at 0216 hours.**

---

The event and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this **01/02/2019**

**BROWN, BRENTON / U14392 / U14392 (01/02/2019) E-SIGNATURE**         **THOM, JUSTIN / U10858 (01/02/2019) E-SIGNATURE**

Police Officer / Badge# / CAD#          Unit          Witness / Deputy Clerk

**BROWN, BRENTON / U14392 / U14392**  **THOM, JUSTIN / U10858**
Printed Name of Member / Badge# / CAD#   Printed Name of Witness / Deputy Clerk

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code 22-2405